THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:17CR159 |
| | § | |
| SEYED NAHIDI, | § | |
| | § | |
| Defendant. | § | |

**REPORT AND RECOMMENDATION OF**
**<u>UNITED STATES MAGISTRATE JUDGE</u>**

On June 13, 2018, Defendant Seyed Nahidi ("Defendant") appeared before the undersigned and entered a plea of guilty. *See* Dkt. 31. Accordingly, the Court recommends that Defendant's Motion to Suppress (Fourth and Fifth Amendments) and Incorporated Motion for Evidentiary Hearing (the "Motion to Suppress") (Dkt. 23) be **DENIED AS MOOT**.

Within fourteen (14) days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

A party is entitled to a *de novo* review by the district court of the findings and conclusions contained in this report only if specific objections are made, and failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report shall bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. 28 U.S.C.A. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 148 (1985); *Douglass v. United Servs. Auto Ass'n*, 79

F.3d 1415, 1417 (5th Cir. 1996) (en banc), superseded by statute on other grounds, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

**SIGNED this 13th day of June, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE