# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CASE NO. 4:17-CR-159** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| SEYED NAHIDI, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 13, 2018, the report of the Magistrate Judge (Dkt. #37) was entered containing the recommendation that Defendant's Motion to Suppress (Dkt. #23) be **DENIED AS MOOT**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the conclusion of the Magistrate Judge is correct and adopts the Magistrate Judge's report as the conclusion of the Court. Therefore, Defendant's Motion to Suppress (Dkt. #23) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

SIGNED this 28th day of June, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE